**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 04-CR-00403-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.    RAMON ZAPATA,

        Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

        Defendant Ramon Zapata's Combined Motion Seeking Permission to Waive Defendant's Appearance at April 7, 2006 Motions Hearing and Request for Time to File Motions (Doc 646 - filed April 4, 2006) is GRANTED IN PART.

        Defendant Ramon Zapata's appearance is waived for the April 7, 2006 hearing.

        The request for time to file motions will be heard at the April 7, 2006 hearing.

Dated: April 5, 2006
_____