IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  04-cr-00403-LTB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

2.    SERGIO ZAPATA-HERNANDEZ, a/k/a "Tito", a/k/a "Titillo", a/k/a "Lucas",
4     ARNOLDO ZAPATA, a/k/a "Lolo",
5.    JOSE ALFREDO ZAPATA, a/k/a "Alfredo",
6.    JAIME ARMENDARIZ,
7.    RAMON ZAPATA,
8.    JAIME ZAPATA, a/k/a "Rudy", a/k/a "Jimmy", a/k/a "Chasco",
9.    EFRAIN VENZOR,
10.   ALBERTO CABRAL, a/k/a "Beto", a/k/a "Tio Beto",
11.   ARTEMISA ZAPATA-MONTOYA,
12.   HUMBERTO GALVAN, a/k/a "Beto",
13.   LILIAN GALVAN, a/k/a "Petunia", a/k/a "Yiya",
15.   OSCAR ZAPATA, a/k/a "Karin",

        Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant Ramon Zapata's Motion for Substitute Counsel to Appear at June 30, 2006 Status/Trial Preparation Conference (Doc 842 - filed June 27, 2006) is **GRANTED**.  Richard Banta may appear on behalf of Defendant Ramon Zapata for Ronald Gainor at the June 30, 2006 hearing.

DATED: June 29, 2006
_____